UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Carlos Pagano Botana Portugal Gouvea ) | |
| ) | Case No. 1:25-cv-13663 |
| Petitioner, ) | |
| ) | **PETITION FOR WRIT OF** |
| v. ) | **HABEAS CORPUS** |
| ) | |
| JOSEPH D. MCDONALD, Plymouth County Sheriff ) | |
| TODD M. LYONS, Acting Director Immigration and ) | |
| Customs Enforcement, Boston Field Office ) | |
| PATRICIA HYDE, Field Office Director, ) | |
| MICHAEL KROL, HSI New England Special ) | |
| Agent in Charge, ) | |
| Enforcement, KRISTI NOEM, U.S. Secretary ) | |
| of Homeland Security, PAMELA BONDI, ) | |
| U.S. Attorney General, DONALD TRUMP, President ) | |
| of the US ) | |
| ) | |
| Respondents. ) | |
| ) | |

*12/4/25*
*I recuse myself on the ground I teach at Harvard Law School.*
*Patti B Saris*

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

1